IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARCARE, INC., | : | CIVIL ACTION |
| *On behalf of itself and all others similarly situated* | : | |
| v. | : | |
| ITF PHARMA, INC. | : | NO. 21-953 |

**NOTICE**

This matter having been referred to Judge Hey for the purposes of conducting settlement proceedings, the following procedures shall apply (see Judge Hey's policies and procedures):
http://www.paed.uscourts.gov/judges-info/magistrate-judges/elizabeth-t-hey

1. All communications with chambers regarding settlement should be directed to:
   Chambers_of_Magistrate_Judge_Elizabeth_Hey@paed.uscourts.gov

2. Judge Hey requires that parties and representatives with authority participate in settlement conferences. Settlement conferences are being conducted remotely (by video where possible) during the time in which the Court's activities are affected by the Covid 19 outbreak.

3. If the referring Judge has specified a time frame for the settlement conference, Judge Hey's chambers will contact counsel to schedule the conference within that time frame.

4. If the parties jointly request a settlement conference, they shall contact chambers and request a settlement conference within their agreed-upon time frame, and must do so at least 45 days prior to the requested date absent unusual circumstances. If the parties have agreed that certain discovery should take place prior to the conference, they must complete that discovery before the conference. The parties should not request or agree to a date without being confident that they can complete the required discovery sufficiently far in advance of the conference to be prepared.

5. If there is no joint request for a settlement conference, a party seeking a settlement conference may submit an ex parte letter to chambers requesting a telephone conference with Judge Hey to discuss settlement. Judge Hey may also sua sponte contact the parties for a telephone conference to discuss settlement.

6. If the parties have not been in contact with Judge Hey respecting settlement prior to the end of all discovery, they shall provide a status report respecting settlement to Judge Hey by that date.

*/s/ Mia Harvey*                                                                Date: August 2, 2021
Mia Harvey, Courtroom Deputy to
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE