IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCARE, Inc., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ITF PHARMA, INC., <br><br> Defendant. | Case No. 2:21-cv-00953-JDW |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw my appearance on behalf of Defendant in the above-referenced matter.

Dated:  August 18, 2021            Respectfully submitted,

                                                   **BUCHANAN INGERSOLL & ROONEY P.C.**

                                                   /s/ *Brian H. Gold*
                                                   Brian H. Gold (VA ID No. 87569)
                                                   (Admitted pro hac vice)
                                                   1737 King Street, Suite 500
                                                   Alexandria, Virginia 22314
                                                   Tel:    (703) 836-6620
                                                   Fax:   (703) 836-2021


                                                   *Counsel for Defendant ITF Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August 2021, I caused a true and correct copy of the foregoing document to be filed by the Court's ECF filing system, and thereby served on all parties of record registered with the ECF system.

                                        */s/ Brian H. Gold*
                                        Brian H. Gold