# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARCARE, INC.** | CIVIL ACTION |
| Plaintiff, | |
| V. | NO. 2:21-cv-00953-JDW |
| **ITF PHARMA, INC.,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, ARcare, Inc. ("Plaintiff"), individually, Defendant, ITF Pharma, Inc. ("ITF Pharma"), submit this joint stipulation of voluntary dismissal with prejudice of the above-captioned action, which is signed by all parties.

The parties stipulate that all of Plaintiff's claims against ITF Pharma in the above-captioned case should be dismissed with prejudice, with Plaintiff and ITF Pharma each bearing responsibility for their own attorney's fees, costs, and other expenses incurred in connection with this case.

DATED: August 24, 2021                                      Respectfully submitted,

By:     */s/Randall K. Pulliam*
        Randall K. Pulliam, Esq. (*Pro Hac Vice*)
        **CARNEY BATES & PULLIAM, PLLC**
        519 W. 7th Street
        Little Rock, Arkansas 72201
        rpulliam@cbplaw.com
        llowther@cbplaw.com
        Telephone: (501) 312-8500

                Kenneth J. Grunfeld, Esq.
                (PA ID No 84121)
                **GOLOMB SPIRT & GRUNFELD**
                1835 Market Street, Suite 2900
                Philadelphia, PA 19103
                P: 215-985-9177
                F: 215-985-4169
                kgrunfeld@golomblegal.com

                *Attorneys for Plaintiff ARcare, Inc.*


By:    */s/ Kira N. Lum*_____
        Kira N. Lum, Esq.
        (PA ID NO 321678)
        50 S. 16th St, Suite 3200
        P: 215-665-3945
        F: 215-665-8760
        Kira.lum@bipc.com

        S. Lloyd Smith
        1737 King Street, Suite 500
        Alexandria, Virginia 22314
        Tel:    (703) 836-6620
        Fax:   (703) 836-2021
        lloyd.smith@bipc.com

        *Attorneys for Defendant ITF Pharma, Inc.*

**CERTIFICATE OF SERVICE**

I, Kenneth J. Grunfeld, Esquire, hereby certify that on this 24th day of August 2021, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed and served upon all counsel via operation of the Court's CM/ECF system.

                                                    */s/ Kenneth J. Grunfeld*
                                                    Kenneth J. Grunfeld, Esq.